IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAMUEL M. SMILEY,

        Appellant,

 v.

Case No.  5D23-1084
LT Case No. 2018-CF-3924-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 23, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Robert L. Sirianni, Jr., of Brownstone,
P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daren Shippy,
Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.